# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JOSE ECHAVARRIA,

**Plaintiff,**

v.

DENEFITS, LLC,

**Defendant.**

_____/

## COMPLAINT

Plaintiff Jose Echavarria ("Plaintiff") sues Defendant Denefits, LLC ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA").

## JURISDICTION AND VENUE

1.      This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the FDCPA.

2.      This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained-of conduct of Defendant occurred within Orange County, Florida.

3.      Venue of this action is proper in this Court because the cause of action alleged below arose in Orange County, Florida.

## PARTIES

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

4.   Plaintiff is a natural person and a citizen of the State of Florida, residing in Orange County, Florida.

5.   Defendant is a California limited liability company with its principal place of business located in Irvine, California.

## DEMAND FOR JURY TRIAL

6.   Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

### Background

7.   On or about April 15, 2026, Defendant began attempting to collect a debt from Plaintiff (the "Consumer Debt").

8.   The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between the original creditor of the Consumer Debt and Plaintiff (the "Subject Transaction").

9.   The Subject Transaction was primarily for personal, family, or household purposes.

10.   Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

11.   Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

12.     As such, Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

### The Unlawful Communication

13.     On or about April 15, 2026, Defendant attempted to collect the Consumer Debt from Plaintiff by sending Plaintiff a text message collection communication (the "Collection Communication").

14.     A screenshot of the Collection Communication is attached hereto as "Exhibit A."

15.     The Collection Communication was communication in connection with the collection of the Consumer Debt.

16.     The Collection Communication was sent from Defendant and delivered to Plaintiff's cell phone.

17.     The Collection Communication advised: "Subject - Mid-Month Settlement Offer. Dear Denefits Customer, This is Travis Sharma, Senior Settlement Officer at Denefits. A limited mid month settlement discount is available on your account today. Please reply to this text or call 949-243-0045 to discuss. Thank you, Travis Sharma Denefits LLC." See Exhibit A.

18.     At no point during the Collection Communication did Defendant disclose that it is a debt collector attempting to collect a debt, or that any information obtained would be used for that purpose.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

19.    By and through the Collection Communication, Defendant failed to make the disclosures required by 15 U.S.C. § 1692e(11).

## COUNT I
## <u>VIOLATION OF 15 U.S.C. § 1692e(11)</u>

20.    Plaintiff incorporates by reference paragraphs 1-19 of this Complaint as though fully stated herein.

21.    Section 1692e(11) of the FDCPA provides: "The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector." 15 U.S.C. § 1692e(11). (emphasis added).

22.    As set forth above, Defendant sent the Collection Communication to Plaintiff in connection with the collection of the Consumer Debt. *See* <u>Exhibit A</u>. The Collection Communication failed to disclose that Defendant is a debt collector, failed to disclose that Defendant was attempting to collect a debt, and failed to disclose that information obtained would be used for that purpose. As such, by and through the Collection Communication, Defendant violated § 1692e(11) of the FDCPA.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

# PRAYER FOR RELIEF

23.     WHEREFORE, Plaintiff respectfully requests this Court to enter a judgment against Defendant, awarding the following relief:

(a)     Statutory damages as provided by 15 U.S.C. §1692k;

(b)     An order declaring that Defendant's actions, as set out above, violate 15 U.S.C. § 1692e(11);

(c)     Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1692k; and

(d)     Any other relief that this Court deems appropriate under the circumstances.

DATED: July 16, 2026

Respectfully Submitted,

/s/ Samuel J. Awad
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com
*Lead Attorney For Plaintiff*
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com